# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

March 1, 2005

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

Re: MDL-1477 -- In re Serzone Products Liability Litigation

(See Attached Schedule CTO-27)

Dear Ms. Deppner:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on February 11, 2005. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By_____
Deputy Clerk

**RECEIVED**
MAR 0 7 2005
Clerk, U.S. District Court
Southern District of Miss.

Attachments

cc: Transferee Judge:   Judge Joseph R. Goodwin
    Transferor Judges:  Judge David C. Bramlette; Judge Louis Guirola, Jr.; Judge Dan M. Russell, Jr.
    Transferor Clerk:   J.T. Noblin

JPML Form 38



DOCKET NO. 1477

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE SERZONE PRODUCTS LIABILITY LITIGATION*

*Ronald Quin, et al. v. Bristol-Myers Squibb Co., Inc.,* S.D. Mississippi, C.A. No. 1:05-1
*Reggie Farmer, Jr., et al. v. Bristol-Myers Squibb Co., Inc.,* S.D. Mississippi, C.A. No. 1:05-2
*Marvel Ruth Huff v. Bristol-Myers Squibb Co., Inc.,* S.D. Mississippi, C.A. No. 5:05-2
*Lelia Moore v. Bristol-Myers Squibb Co., Inc.,* S.D. Mississippi, C.A. No. 5:05-3

### CONDITIONAL TRANSFER ORDER (CTO-27)

On August 12, 2002, the Panel transferred six civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 135 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 12, 2002, 217 F.Supp.2d 1372 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR - 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## INVOLVED COUNSEL LIST (CTO-27)
## DOCKET NO. 1477
## IN RE SERZONE PRODUCTS LIABILITY LITIGATION

Carl Frankovitch
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062

Walter T. Johnson
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

William L. Lee, Jr.
Law Offices of Richard M. Fountain
P.O. Box 14047
Jackson, MS 39236

Marvin W. Masters
Masters & Taylor, L.C.
181 Summers Street
4th Floor
Peoples Building
Charleston, WV 25301

Michael B. Victorson
Jackson & Kelly
P.O. Box 553
Charleston, WV 25322-0553